# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Linda S Marchetta

                              Plaintiff,

v.                                                              Case No.: 1:07−cv−05362
                                                                    Honorable John F. Grady

General Motors Corp, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 7, 2007:

      MINUTE entry before Judge John F. Grady :Motion hearing held on 11/7/2007 regarding motion to dismiss [17]. Response to the motion to dismiss [17] due by 11/20/07; reply due by 12/07/07. Said motion will be taken under advisement.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.