

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5362 | **DATE** | 11/28/2007 |
| **CASE TITLE** | Marchetta vs. General Motors Corp. | | |

**DOCKET ENTRY TEXT**

Defendants' motion to reassign related case *William A. Anderson vs. Saturn Corp., 07 C 6213* pursuant to Local Rule 40.4 is granted. A reassignment order will be sent to the Executive Committee in the case *William A. Anderson vs. Saturn Corp., 07 C 6213* which is pending before Judge Bucklo to be reassigned to my calendar as related to case *Marchetta vs. General Motors Corp., 07 C 5362*. Joint motion for entry of stipulation extending cutoff dates for defendants' motion to dismiss is granted. Enter order. Plaintiff shall file response to defendants' motion to dismiss by 11/30/07; reply due by 12/21/07.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JD |
|---|---|---|