

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINDA S. MARCHETTA individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION and SATURN CORPORATION,<br><br>Defendants. | Civil Action No. 07-cv-05362<br><br>Judge John F. Grady |

### [PROPOSED] ORDER

This Cause coming to be heard on the Joint Motion For Entry Of Stipulation Extending Cutoff Dates For Defendants' Motion To Dismiss.

It is hereby Ordered That:

1. Plaintiff shall have until November 30, 2007 to file her Response to Defendants' Motion To Dismiss.

2. Defendants' Reply Brief is due by December 21, 2007.

SO ORDERED: 11/28/07

_____
United States District Judge