IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA S. MARCHETTA, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | 8:08CV78 |
| vs. | ) ) | ORDER |
| GENERAL MOTORS CORPORATION and SATURN CORPORATION, | ) ) ) | |
| Defendants. | ) | |
| WILLIAM P. ANDERSON, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | 8:08CV79 |
| vs. | ) ) | ORDER |
| SATURN CORPORATION, | ) ) | |
| Defendant. | ) | |

Now pending before the court are the motions of William A. Chittenden III, Matthew W. Gasaway, and the law firm of Chittenden, Murday & Novotny LLC for leave to withdraw as counsel for General Motors Corporation and Saturn Corporation.  Upon review of the files,

**IT IS ORDERED:**

1.  The motions for leave to withdraw ([58] in 8:08CV78), [46] in 8:08CV79) are granted. The court will terminate the appearances of William A. Chittenden III, Matthew W. Gasaway, and the law firm of Chittenden, Murday & Novotny LLC and will cease further electronic or other notices to them in this matter.  The withdrawal shall be effective upon their filing a Notice of Withdrawal and serving copies on the clients and the other parties to this action.

2.  For purposes of these cases, William A. Chittenden III and Matthew W. Gasaway are excused from registering for admittance to practice and registering for the CM/ECF System in this district.

**DATED March 17, 2008.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge