# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AMY FAUST,** on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | **8:07CV298** |
| vs. | ) ) | |
| | ) | **CONSOLIDATION ORDER** |
| **GENERAL MOTORS CORPORATION** and **SATURN CORPORATION,** | ) ) ) | |
| Defendants. | ) ) | |
| **LINDA S. MARCHETTA,** on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | **8:08CV78** |
| vs. | ) ) | |
| | ) | **CONSOLIDATION ORDER** |
| **GENERAL MOTORS CORPORATION** and **SATURN CORPORATION,** | ) ) ) | |
| Defendants. | ) ) | |
| **AMY FAUST,** on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | **8:08CV79** |
| vs. | ) ) | |
| | ) | **CONSOLIDATION ORDER** |
| **GENERAL MOTORS CORPORATION** and **SATURN CORPORATION,** | ) ) ) | |
| Defendants. | ) | |

Upon review of the parties' Joint Status Conference Hearing Report [53], and following a telephone conference with counsel on March 28, 2008,

**IT IS ORDERED:**

1.   The stay ordered on November 30, 2007 in Case No. 8:07CV298 is hereby vacated.

2.   Cases Nos. 8:07CV298, 8:08CV78 and 8:08CV79 are hereby consolidated for discovery, trial, and all other purposes.  The cases will be tried to a jury in Omaha, Nebraska.

3.   Case No. 8:07CV298 is hereby designated as the "Lead Case."  Cases Nos. 8:08CV78 and 8:08CV79 are hereby designated as the "Member Cases."  All future papers filed in this action shall bear the following caption:

| **In Re Saturn L-Series Timing Chain Products** | ) | **MDL No. 1920** |
|---|---|---|
| **Liability Litigation** | ) | **8:07CV298** |

The Clerk shall so amend the caption in Case No. 8:07CV298.

3.   The court's CM/ECF System now has the capacity for "spreading" text among the consolidated cases.  If properly docketed, the documents filed in the Lead Case will automatically be filed in all Member Cases.  To this end, the parties are instructed to file all further documents (except those described in paragraph 4) in the Lead Case, No. 8:07CV298, and to select the option "yes" in response to the System's question whether to spread the text.

4.   Counsel are advised that the spread text feature **may not** be used to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; or to file items related to service of process.

5.   If a party believes that an item in addition to those described in paragraph 4 should not be filed in all the consolidated cases, the party must move for permission to file the item in one or more member cases. The motion must be filed in all the consolidated cases using the spread text feature.

**DATED March 28, 2008.**

                                            **BY THE COURT:**

                                            **s/ F.A. Gossett**
                                            **United States Magistrate Judge**